# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00197(8)-ADA |
| | § | |
| (8) DEONDRA DAQUON DANQUENCE LANG | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 21, 2026, wherein the defendant (8) DEONDRA DAQUON DANQUENCE LANG waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (8) DEONDRA DAQUON DANQUENCE LANG to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (8) DEONDRA DAQUON DANQUENCE LANG's plea of guilty to Count One SS (1ss), Four SS (4ss), Five SS (5ss), Fourteen SS (14ss), and Fifteen SS (15ss) is accepted.

Signed this 3rd day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE